BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-326 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RIGOBERTO CECENA, ELISABET PEREZ, YUSEN VALENZUELA-HERRERA, | DATE: June 9, 2015 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 9, 2015.

2.      By this stipulation, the parties now move to continue the status conference until July 21, 2015 at 9:15 a.m., and to exclude time between June 9, 2015, and July 21, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 119 pages of documents, including investigative reports and audio recordings.  All of this discovery has been either produced directly to counsel and/or made

1    available for inspection and copying.

2    b)    Counsel for defendants desire additional time to consult with their clients, conduct

3    investigation and research, review discovery, and to discuss potential resolutions with his client.

4    Part of this review involves further examination of audio recordings.

5    c)    Counsel for defendants believe that failure to grant the above-requested

6    continuance would deny them the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8    d)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10    original date prescribed by the Speedy Trial Act.

11    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12    et seq., within which trial must commence, the time period of June 9, 2015 to July 21, 2015 at

13    9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14    Code T4] because it results from a continuance granted by the Court at defendant's request on

15    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16    best interest of the public and the defendant in a speedy trial.

17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

1   ///

2

3          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

4   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

5   must commence.

6          IT IS SO STIPULATED.

7

8   Dated:  June 5, 2015                              BENJAMIN B. WAGNER
                                                      United States Attorney

9

10                                                    /s/ *JOSH F. SIGAL*
                                                      JOSH F. SIGAL
                                                      Assistant United States Attorney

11

12  Dated: June 5, 2015                               */s/ Josh F. Sigal for*
                                                      MICHAEL PETRIK
13                                                    Counsel for Defendant
                                                      Rigoberto Cecena
14

15

16  Dated: June 5, 2015                               */s/ Josh F. Sigal for*
                                                      JENNIFER NOBLE
                                                      Counsel for Defendant
17                                                    Elisabet Perez

18  Dated: June 5, 2015                               */s/ Josh F. Sigal for*
                                                      DINA SANTOS
19                                                    Counsel for Defendant
                                                      Yusen Valenzuela-Herrera
20

21

22

23                                  **FINDINGS AND ORDER**

24          IT IS SO FOUND AND ORDERED this 5th day of June, 2015.

25

26                                                    /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
27                                                    UNITED STATES DISTRICT COURT JUDGE

28