BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RIGOBERTO CECENA,<br>ELISABET PEREZ,<br>YUSEN VALENZUELA-HERRERA,<br><br>                              Defendants. | CASE NO.  2:14-CR-326 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 22, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 22, 2015.

2.      By this stipulation, the parties now move to continue the status conference until October 27, 2015 at 9:15 a.m., and to exclude time between September 22, 2015, and October 27, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 164 pages of documents, including investigative reports and audio recordings.  All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.  A plea agreement has been offered to one defendant, and the parties have discussed potential resolutions in the cases of the other two defendants.

b)       In light of these discussions, counsel for defendants desire additional time to consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.

c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2015 to October 27, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  September 17, 2015                 BENJAMIN B. WAGNER
                                               United States Attorney

7

8                                              /s/ *JOSH F. SIGAL*
                                               JOSH F. SIGAL
9                                              Assistant United States Attorney

10  Dated: September 17, 2015                  */s/ Josh F. Sigal for*
                                               MICHAEL PETRIK
11                                             Counsel for Defendant
12                                             Rigoberto Cecena

13

14  Dated: September 17, 2015                  */s/ Josh F. Sigal for*
                                               JENNIFER NOBLE
15                                             Counsel for Defendant
                                               Elisabet Perez

16  Dated: September 17, 2015                  */s/ Josh F. Sigal for*
17                                             DINA SANTOS
                                               Counsel for Defendant
18                                             Yusen Valenzuela-Herrera

19

20

21                        **FINDINGS AND ORDER**

22       IT IS SO FOUND AND ORDERED this 18TH  day of September, 2015.

23

24                                             /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
25                                             UNITED STATES DISTRICT COURT JUDGE

26

27

28