1  BENJAMIN B. WAGNER
United States Attorney
2  JOSH F. SIGAL
Special Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-326 GEB

12                         Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                        [PROPOSED] FINDINGS AND ORDER

14  RIGOBERTO CECENA AND                   DATE: January 15, 2016
    ELISABET PEREZ,                        TIME: 9:00 a.m.
15                                         COURT: Hon. Garland E. Burrell, Jr.
                           Defendants.
16

17

18                               **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21          1.      By previous order, this matter was set for status on January 15, 2016.

22          2.      By this stipulation, the parties now move to continue the status conference until February

23  19, 2016, and to exclude time between January 15, 2016, and February 19, 2016, under Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The government has represented that the discovery associated with this case

26  includes approximately 182 pages of documents, including investigative reports and audio

27  recordings.  All of this discovery has been either produced directly to counsel and/or made

28  available for inspection and copying.

                    b)      The defendants have requested plea agreements, which the United States has

provided to counsel. Counsel will need additional time to review the agreements as well as the discovery in the case with respect to the terms and factual bases of the agreements, and consult with their clients regarding implications for trial.

c)      In light of these discussions, counsel for defendants desire additional time to consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 15, 2016 to February 19, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  January 13, 2016                    BENJAMIN B. WAGNER
                                                United States Attorney
7

8                                                /s/ *JOSH F. SIGAL*
                                                 JOSH F. SIGAL
9                                                Special Assistant U.S. Attorney

10  Dated: January 13, 2016                     */s/ Josh F. Sigal for*
                                                MICHAEL PETRIK
11                                              Counsel for Defendant
                                                Rigoberto Cecena
12

13  Dated: January 13, 2016                     */s/ Josh F. Sigal for*
                                                JENNIFER NOBLE
14                                              Counsel for Defendant
                                                Elisabet Perez
15

16

17

18                              **FINDINGS AND ORDER**

19
        IT IS SO FOUND AND ORDERED.
20

21

22  Dated:  January 14, 2016

23

24  _____
    GARLAND E. BURRELL, JR.
25  Senior United States District Judge

26

27

28