BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-326 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RIGOBERTO CECENA, | DATE: February 19, 2016 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 19, 2016.

2.      By this stipulation, the parties now move to continue the status conference until March 18, 2016, and to exclude time between February 19, 2016, and March 18, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 182 pages of documents, including investigative reports and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      The defendants have requested a plea agreements, which the United States has

1    provided to counsel. Counsel will need additional time to review the agreements as well as the

2    discovery in the case with respect to the terms and factual basis of the agreement, and consult

3    with their clients regarding implications for trial.

4           c)      In light of these discussions, counsel for defendants desire additional time to

5    consult with their clients, conduct investigation and research, review discovery, and to discuss

6    potential resolutions with their clients.

7           d)      Counsel for defendants believe that failure to grant the above-requested

8    continuance would deny them the reasonable time necessary for effective preparation, taking into

9    account the exercise of due diligence.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of February 19, 2016 to March 18,

15   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16   T4] because it results from a continuance granted by the Court at defendants' request on the basis

17   of the Court's finding that the ends of justice served by taking such action outweigh the best

18   interest of the public and the defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6    Dated:  February 16, 2016                    BENJAMIN B. WAGNER
                                                  United States Attorney

7

8                                                 /s/ *JOSH F. SIGAL*
                                                  JOSH F. SIGAL
                                                  Special Assistant U.S. Attorney

9

10   Dated: February 16, 2016                     */s/ Josh F. Sigal for*
                                                  MICHAEL PETRIK
11                                                Counsel for Defendant
                                                  Rigoberto Cecena
12

13

14   Dated: February 16, 2016                     */s/ Josh F. Sigal for*
                                                  JENNIFER NOBLE
15                                                Counsel for Defendant
                                                  Elisabet Perez
16

17

18

19                      **FINDINGS AND ORDER**

20       IT IS SO FOUND AND ORDERED.

21   Dated:  February 22, 2016

22

23

24   _____
     GARLAND E. BURRELL, JR.
25   Senior United States District Judge

26

27

28