UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00326 JAM GGH |
|---|---|
| Respondent, | |
| v. | ORDER TO SHOW CAUSE |
| RIGOBERTO CECENA, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 21, 2020, the undersigned directed respondent to file an answer within thirty days of the effective date of this order. ECF No. 128. On June 18, 2020, respondent requested an extension of time until August 21, 2020, to file his response to movant's motion. ECF No. 131. The court granted respondent's extension. ECF No. 132. However, respondent has failed to file an answer, or opposition within the requisite deadline.[1]

Accordingly, IT IS HEREBY ORDERED that respondent shall show cause, in writing, within 14 days, why it has failed to comply with the court's orders and deadlines. The filing of

---

[1] The undersigned observes that there is a separate "First Step Act" post-conviction proceeding for which appointment of counsel has been made. That proceeding has not obviated the Section 2255 motion to vacate conviction, but there may have been some confusion on the part of the United States of America with respect to the dual proceedings.

1

an answer, or opposition, to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 within this timeframe will serve as cause and will discharge this order.

Dated: August 26, 2020

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE