PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO CECENA,<br><br>Defendant. | CASE NO. 2:14-CR-00326-JAM-GGH<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 21, 2021. Docket No. 142. The government's response is due on September 29, 2021. Docket No. 143.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 6, 2021;

    b)  The defendant's reply to the government's response to be filed on or before October 13, 2021.

IT IS SO STIPULATED.

Dated: September 28, 2021

       PHILLIP A. TALBERT
       Acting United States Attorney

       /s/ JAMES R. CONOLLY
       JAMES R. CONOLLY
       Assistant United States Attorney

Dated: September 28, 2021

       /s/ ETAN ZAITSU
       ETAN ZAITSU
       Counsel for Defendant
       RIGOBERTO CECENA

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, Docket No. 142, is due on or before October 6, 2021; and

  b)  The defendant's reply to the government's response, if any, is due on October 13, 2021.

IT IS SO FOUND AND ORDERED this 29th day of September, 2021.

       /s/ John A. Mendez
       THE HONORABLE JOHN A. MENDEZ
       UNITED STATES DISTRICT COURT JUDGE