Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
RIGOBERTO CECENA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RIGOBERTO CECENA,<br><br>                    Defendant. | Case No.: 2:14-CR-00326 JAM<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO FILE DEFENDANT'S REPLY** |

## STIPULATION

The parties hereby stipulate as follows:

1. Defendant's reply brief was due October 15, 2021.

2. On that date, defense counsel contacted the government seeking its agreement to a one-week extension on filing defendant's reply due to the additional research needed to properly respond to government's opposition. The government agreed.

3. By this stipulation, therefore, the parties jointly request that the Court extend the due date for defendant's reply to October 25, 2021.

IT IS SO STIPULATED

Dated:  October 18, 2021                              /s/ *Etan Zaitsu*_____

1

**Stipulation and Order**

|  |  |
|--|--|
|  | ETAN ZAITSU |
|  | Attorney for Defendant |
|  | RIGOBERTO CECENA |

Dated:  October 18, 2021                                              PHILLIP A. TALBERT
                                                                                          Acting United States Attorney

                                                                                          s/ *James Conolly*
                                                                                          JAMES CONOLLY
                                                                                          Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the revised due date for Defendant's Reply and orders the reply due on October 25, 2021.

IT IS SO FOUND AND ORDERED:

Dated: 10/18/2021                                                         /s/John A. Mendez
                                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                                          UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order**